ORIGINAL

FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0557

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0557

FILED

SEP 2 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

N. J.,

ORDER

A Youth in Need of Care.

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for N.K. from the Order entered on July 17, 2024, by the Second Judicial District Court, Butte-Silver Bow County, in Cause No. DN-20-61. The Attorney General's Office does not object to this motion.

Wright asserts that N.K. advised her trial counsel that she wished to appeal the District Court matter. However, trial counsel did not submit a referral to the Appellate Defender Division (ADD).

Wright argues it would be unjust to deny N.K. the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of N.K.'s control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before October 8, 2024, the Appellate Defender shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this ⟶25th⟵ day of September, 2024.

_____

_____

_____

_____

_____
Justices